IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL A. HERNANDEZ,           )
                                )
                 Petitioner,    )            8:16CV141
                                )
        V.                      )
                                )
S T A T E   O F   N E B R A S K A )      **AMENDED JUDGMENT**
DEPARTMENT OF CORRECTIONS,       )
and SCOTT FRAKES, Director,      )
                                )
                 Respondents.   )
_____ )


Pursuant to the Memorandum and Order entered on May 13, 2016 (Filing No. 8), the Petition for Writ of Habeas Corpus is dismissed without prejudice to reassertion of a subsequent petition upon authorization by the Eighth Circuit Court of Appeals. The court will not issue a certificate of appealability in this matter.

The clerk of court is directed to strike the Judgment appearing at Filing No. 9 herein, as it was filed in error.

DATED this 27th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge